**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Virginia C Mulligan** | Social Security number or ITIN  **xxx-xx-8625** |
| | First Name  Middle Name  Last Name | EIN  _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17-02758**

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Virginia C Mulligan

May 2, 2017                                                  **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-02758-LAH
Virginia C Mulligan                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: May 02, 2017
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
```
db           +Virginia C Mulligan,    5038 N. Mango Ave.,    Chicago, IL 60630-4609
25297341     +Bank of America,    4909 Savarese Cir.,    Tampa, FL 33634-2413
25297343     +Capital One / Menard,    Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
25297351     +First Data,    265 Broad Hollow Rd.,    Melville, NY 11747-4833
25297350     +First Data,    5565 Glenridge Connector NE,    Suite 2000,    Atlanta, GA 30342-4799
25297354     +Navient,    123 S. Justison St.,    Suite 30,    Wilmington, DE 19801-5360
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QMRSTEIN.COM May 03 2017 00:33:00      Miriam R Stein,    Chuhak & Tecson, P.C.,
               30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
25297340     +EDI: BANKAMER.COM May 03 2017 00:33:00      Bank Of America,    Nc4-102-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
25297342     +E-mail/Text: bknotices@bankofthewest.com May 03 2017 01:16:21      Bank Of The West,
               2527 Camino Ramon,    San Ramon, CA 94583-4213
25297344     +EDI: CAPITALONE.COM May 03 2017 00:33:00      Capital One / Menard,    26525 N. Riverwoods Blvd.,
               Mettawa, IL 60045-3440
25297345     +EDI: CHASE.COM May 03 2017 00:33:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
               Wilmington, DE 19850-5298
25297346     +EDI: CHASE.COM May 03 2017 00:33:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
25297348     +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 03 2017 01:16:24
               Cook County Treasurer's Office,    118 N. Clark St.,    Room 112,    Chicago, IL 60602-1590
25297349      EDI: IRS.COM May 03 2017 00:33:00      Department of the Treasury,    Internal Revenue Service,
               Po Box 7346,    Philadelphia, PA 19101-7346
25297352      E-mail/Text: rev.bankruptcy@illinois.gov May 03 2017 01:15:53
               Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,    Chicago, IL 60664-0338
25297353     +EDI: NAVIENTFKASMSERV.COM May 03 2017 00:33:00      Navient,    Attn: Claims Department,
               Po Box 9500,    Wilkes-Barr, PA 18773-9500
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25297347     ##+City Of Chicago,    Water Management,    333 S. State St.,    Chicago, IL 60604-3984
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
```
              Joseph S Davidson    on behalf of Debtor 1 Virginia C Mulligan jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Miriam R Stein     mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```